UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| JODI HAMSTRA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 2:22-CV-145-PPS-JEM |
| | ) | |
| DONALD W. SHELMON, | ) | |
| | ) | |
| Defendant. | ) | |

## <u>ORDER</u>

The parties' Joint Stipulation to Dismiss [DE 48] is **SO ORDERED**. Pursuant to

Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, this action is hereby

**DISMISSED WITH PREJUDICE**, without costs to any party. The Clerk is **DIRECTED**

to close the case.

**SO ORDERED**.

ENTERED: June 28, 2024.

 /s/ Philip P. Simon
PHILIP P. SIMON, JUDGE
UNITED STATES DISTRICT COURT